UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 21560
    ROBERT A SNERLING
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-3621

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 11/16/2007 and was not confirmed.

    The case was dismissed without confirmation 02/04/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONWIDE ACCEPTANCE~ | UNSECURED | 4667.75 | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 7220.00 | .00 | .00 |
| EMERGENCY ROOM CARE | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY ROOM CARE | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY ROOM CARE | UNSECURED | NOT FILED | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | 887.21 | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 486.19 | .00 | .00 |
| GLOBAL PAYMENTS | UNSECURED | 525.00 | .00 | .00 |
| HOLY CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HOLY CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HOLY CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS SYS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS SYS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS SYS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS SYS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS SYS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS SYS | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 826.90 | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NCO-MEDCLR | UNSECURED | NOT FILED | .00 | .00 |
| ORIZON PATHOLOGY FOUNDAT | UNSECURED | NOT FILED | .00 | .00 |
| HOLY CROSS HOSPITAL | UNSECURED | 9847.78 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1753.95 | .00 | .00 |
| PROVIDENT HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | 750.00 | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| SUPERIOR MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSITY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| MARTEL CHEVROLET | SECURED NOT I | .00 | .00 | .00 |
| ERNESTO D BORGES JR | DEBTOR ATTY | .00 | | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 21560 ROBERT A SNERLING

```
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00
```

Summary of Receipts and Disbursements:

```
-------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                        ---------------     ---------------
TOTALS                        .00                 .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 05/23/08              /s/ Tom Vaughn
                             _____

                             TOM VAUGHN
                             CHAPTER 13 TRUSTEE